**Supreme Court**
No. 2013-201-Appeal

Anne L. Melvin                :

v.              :

Frank J. Karpinski, in his official capacity as  :
Executive Director of the Employees'      :
Retirement System of Rhode Island.    :

# O R D E R

The plaintiff, Anne L. Melvin, appeals from a Superior Court judgment affirming a decision of the Employees' Retirement System of Rhode Island. This case came before the Supreme Court at a session in conference pursuant to Article I, Rule 12A(3)(b) of the Supreme Court Rules of Appellate Procedure. The plaintiff had applied for an accidental disability retirement pension from her job at the Rhode Island Training School. When her application was denied, she filed an appeal to the Superior Court in accordance with G.L. 1956 § 42-35-15 of the Administrative Procedures Act. The Superior Court denied the plaintiff's administrative appeal, and the plaintiff filed a notice of appeal to this Court.

We conclude that the plaintiff's appeal is not properly before the Court. A party aggrieved by a judgment of the Superior Court rendered in an administrative appeal may seek review in this Court by filing a petition for a writ of certiorari within twenty days from the date of entry of the judgment. Section 42-35-16. Because the plaintiff filed a notice of appeal rather than a petition for writ of certiorari, the case is not properly before us.

Accordingly, the plaintiff's appeal is denied and dismissed.

Entered as an Order of this Court this 25th day of April, 2014.

By Order,


_____/s/_____
Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**    Anne L. Melvin v. Frank J. Karpinski, in his official capacity as Executive Director of the Employees' Retirement System of Rhode Island.

**CASE NO:**    No. 2013-201-Appeal.
(PC 11-4147)

**COURT:**    Supreme Court

**DATE ORDER FILED:**    April 25, 2014

**JUSTICES:**    Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**    N/A – Court Order

**SOURCE OF APPEAL:**    Providence County Superior Court

**JUDGE FROM LOWER COURT**:

    Associate Justice Sarah Taft-Carter

**ATTORNEYS ON APPEAL:**

    For Plaintiff:  Mark P. Gagliardi, Esq.

    For Defendant:  John J. McCann, Esq.